UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    :    MAGISTRATE NO.: 20-16220

v.                          :    CRIMINAL ACTION

Jammal Ramson              :    ORDER OF RELEASE

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

(x) Reporting, as directed, to U.S. Pretrial Services;

(x) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

(x) The defendant shall appear at all future court proceedings;

( ) Other: _____

___s/ Jammal Ramson___          ___11/18/2020___
DEFENDANT                        DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

___Anthony R. Mautone___
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

___11/18/20___
DATE